**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00027-CV
_____

### IN RE THEODORE R. KEHTEL AND JENNIFER C. KEHTEL

════════════════════════════════════════════════════════

### Original Proceeding

════════════════════════════════════════════════════════

### MEMORANDUM OPINION

Theodore R. Kehtel and Jennifer C. Kehtel seek mandamus to compel the trial court to vacate an order transferring venue. Relators have not established that they are entitled to the relief sought in their petition. *See In re Kehtel*, No. 09-12-00602-CV, 2012 Tex. App. LEXIS 10760, at *1 (Tex. App.—Beaumont Dec. 28, 2012, orig. proceeding) (mem. op.). Accordingly, the petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered January 31, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.

1